UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MANMOHAN UTTARWAR,

               Plaintiff,

      -v-

LAZARD ASSET MANAGEMENT LLC, et al.,

               Defendants.
------------------------------------------------------------------X

22-CV-8139 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- The deadline for the completion of **all** discovery is extended until **June 16, 2023**. **No further extensions will be granted.**

- All other deadlines set forth in the Case Management Plan, ECF No. 21, remain in effect.

    SO ORDERED.

Dated: May 17, 2023
       New York, New York

                                                     JESSE M. FURMAN
                                               United States District Judge