UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
MANMOHAN UTTARWAR,                                                :
:
Plaintiff,              :
:      22-CV-8139 (JMF)
-v-                                                :
:      ORDER
:
LAZARD ASSET MANAGEMENT LLC, et al.,              :
:
Defendants.             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- By **June 30, 2023,** counsel for Plaintiff must file a letter confirming that he has discussed settlement with his client and opposing counsel and advising the Court whether there is anything it can do to facilitate settlement.

- Defendants are granted leave to take a second deposition of Plaintiff. The deposition must occur by **July 7, 2023**, and cannot be longer than **three hours**. Plaintiff shall bear all costs Defendants incurred by reason of his discovery violations, including the costs of the deposition, including attorneys' fees. Plaintiff shall have one week to respond to Defendants' submission of an accounting of their costs and fees.

- Defendants' motion for summary judgment and/or their motion for sanctions is due **August 7, 2023.**

SO ORDERED.

Dated: June 23, 2023
      New York, New York

_____
JESSE M. FURMAN
United States District Judge