**MEMO ENDORSED**

# BALLON STOLL P.C.

COUNSELORS AT LAW     FOUNDED 1931     810 SEVENTH AVENUE
SUITE 405
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

MARSHALL B. BELLOVIN
mbellovin@ballonstoll.com

October 27, 2023

**VIA ECF**

Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Uttarwar v. Lazard Asset Management LLC et al
              Civil Action No.  1:22-cv-08139-DEH

Dear Judge Ho:

We represent the Plaintiff, Manmohan Uttarwar ("Plaintiff"), in the above-captioned matter. We submit this letter to respectfully request that this Court formally seal Exhibit 14 to the Declaration of Marshall Bellovin in Opposition to Defendants' Motion for Summary Judgment [ECF 69-15]. The document was inadvertently filed minus the redaction of confidential material pursuant to the Protective Order in place [ECF 29].

Respectfully submitted,

s/ Marshall B. Bellovin
Marshall B. Bellovin (MB5508)
BALLON STOLL P.C.
*Attorneys for Plaintiff*
810 Seventh Avenue, Suite 405
New York NY 10019
(212) 575-7900
mbellovin@ballonstoll.com

Cc:    Counsel of Record (via ECF)

---

Application GRANTED.  ECF No. 69-15 is hereby formally sealed.  Per ECF Rule 21.7, the Plaintiff is directed to file on the public docket a redacted version of the mistaken filing.

The Clerk of Court is respectfully directed to close the open motion at ECF No. 79.

SO ORDERED.

*/s/ Dale E. Ho*
Dale E. Ho
United States District Judge
Dated: October 30, 2023
New York, New York