UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                 :

MANMOHAN UTTARWAR,                         :

                           Plaintiff,            :      No. 1:22-CV-8139 (DEH)

     - against -                             :

LAZARD ASSET MANAGEMENT LLC and
KERI TUSA,                                     :

                        Defendants.        :

------------------------------------------------------------x

## ~~[PROPOSED]~~ ORDER

**IT IS ORDERED**:

1.    Defendants Lazard Asset Management LLC and Keri Tusa ("Defendants") shall file their opening brief in support of their application for costs and fees incurred in connection with their Motion for Sanctions pursuant to Federal Rule of Civil Procedure 37 (ECF No. 45), which was partially granted by the Court on March 22, 2024 (ECF No. 82) on or before April 26, 2024.

2.    Plaintiff Manmohan Uttarwar shall file any brief in response to Defendants' opening brief on or before May 24, 2024.

3.    Defendants shall file any reply in response to Plaintiff's brief by May 31, 2024.

1

DATED this __5th__ day of April, 2024.

                                                      _____
                                                     Honorable Dale E. Ho
                                                     United States District Judge
                                                     New York, New York