UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                              :

MANMOHAN UTTARWAR,                  :

                                       :

                  Plaintiff,         :    No. 1:22-CV-8139 (DEH)

                                       :

      - against -                :

                                       :    **JUDGMENT**

LAZARD ASSET MANAGEMENT LLC, and :
KERI TUSA,                       :

                                       :

                Defendants.     :

                                       :
--------------------------------------------------------------x

WHEREAS, on September 23, 2022, plaintiff filed the complaint in this action, asserting claims of discrimination and retaliation under federal, state, and municipal laws; and

WHEREAS, during plaintiff's deposition in this action on June 16, 2023, defendants learned that plaintiff possessed documents responsive to defendants' document requests and interrogatories, contrary to plaintiff's counsel's prior representation that he did not, and that same day, defendants filed a letter motion to compel production of those documents; and

WHEREAS, this Court granted defendants' motion to compel and also directed defendants to make a motion for sanctions and awarded defendants their costs and fees associated with the motion to compel; and

WHEREAS, on March 22, 2024, this Court issued an Opinion and Order granting summary judgment in favor of defendants as to all claims asserted by plaintiff and also issued an Opinion and Order granting defendants' motion for sanctions to the extent it had not been mooted by the dismissal of all claims; and

WHEREAS, pursuant to the Court's March 22, 2024 order, the parties briefed the amount of attorneys' fees and costs to be awarded to defendants, and such briefing was fully submitted on June 7, 2024; and

WHEREAS, on March 5, 2025, the United States Court of Appeals for the Second Circuit issued a summary order and judgment affirming the Court's dismissal of all claims on summary judgment, and on March 26, 2025, the Court of Appeals' judgment mandate was issued affirming this Court's grant of summary judgment; and

WHEREAS, on November 17, 2025, this Court entered an Opinion and Order (the "Fee Order") granting defendants' motion for $81,566.72 in attorney's fees, consisting of (i) $7,556.00 in fees in connection with defendants' June 16, 2023 Motion to Compel, (ii) $7,694.50 in fees and $845.47 in costs in connection with the July 7, 2023 deposition of plaintiff, (iii) $42,056.25 in fees in connection with defendants' August 7, 2023 Motion for Sanctions, and (iv) $23,414.50 in fees in connection with preparation of defendants' fee application;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants recover from plaintiff Manmohan Uttarwar attorneys' fees and costs in the amount of $81,566.72, for the reasons set forth in the Fee Order, with interest to accrue on that amount as provided for under 28 U.S.C. § 1961, until paid.

Dated: December 5, 2025
     New York, New York

_____
HON. DALE E. HO, U.S.D.J.